

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00567-CV

Brad G. **GROUNDS**, HAP Land LLC, Shale Marketplace LLC, and GW3 Royalties LLC,
Appellants

v.

**FIRST GROUNDROCK ROYALTIES, LLC**; STEP-GroundRock Investment, LP; and
South Texas Energy Partners, LLC,
Appellees

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-05965
Honorable Antonia Arteaga, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, we declare the trial court's temporary injunction order void. We dissolve the temporary injunction and remand this cause to the trial court. We tax costs of court for this appeal against First GroundRock Royalties, LLC; STEP-GroundRock Investment, LP; and South Texas Energy Partners, LLC, jointly and severally.

SIGNED May 26, 2021.

_____
Patricia O. Alvarez, Justice